# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA** **Criminal Action 26-79-BAJ-RLB**

**-vs-**

**AUSA: Ellison Travis**

**CHAKESHA SCOTT** **Deft. Atty.: Stephen Haedicke**

| | | | |
|---|---|---|---|
| JUDGE: | Richard L. Bourgeois, Jr. | DATE: | September 8, 2026 |
| DEPUTY CLERK: | Samantha O'Neill | REPORTER/COURTROOM: | FTR GOLD/CTRM 6 |
| INTERPRETER: | | PRETRIAL/PROBATION: | Chasity Byrd |

## CLERK'S MINUTES
## INITIAL APPEARANCE, BOND HEARING AND ARRAIGNMENT

**Stephen Haedicke appeared as retained counsel on behalf of the defendant.**

**The defendant was sworn, advised of her rights and the purpose of this hearing.**

**The defendant indicated she had previously been advised of the charges and was informed of a summary of the charges pending against her in the Indictment.**

**The government did not move for detention.**

**The defendant was advised of the standard and special conditions of release, as well as the consequences of violating those conditions.**

**The Order Setting Conditions of Release was signed and filed.**

**The defendant agreed to go forward with the arraignment this date.**

**The defendant was informed of the maximum possible penalties associated with the charges if convicted.**

**The defendant entered a plea of NOT GUILTY to Counts 1 – 7 of the Indictment.**

**The court accepted the defendant's pleas of NOT GUILTY and will issue a scheduling order.**

C;Cr1: T:00:16
C;Cr7: T:00:15
C;Cr23: T:00:07

**The court advised counsel that the pretrial conference is scheduled for October 14, 2026 at 2:30 p.m. in Room 375 before United States District Judge Brian A. Jackson, and the trial is scheduled for November 9, 2026 at 8:30 a.m. in Courtroom Two.**

**The parties were advised that, pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court. This oral order is entered under Rule 5(f)(1) of the Federal Rules of Criminal Procedure.**

**The defendant was released on her personal recognizance with conditions.**

C;Cr1: T:00:16
C;Cr7: T:00:15
C;Cr23: T:00:07